IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RHONDA BASS,** | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:13-CV-2002-VEH |
| **MIKE ROME HOLDINGS, LLC, D/B/A MRH & ASSOCIATES, , et al.,** | ) |
| Defendant. | ) |

## FINAL JUDGMENT

In accordance with the jury verdict entered this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that judgment in the amount of **$211,000.00 [Two Hundred Eleven Thousand Dollars and No Cents]** is **ENTERED** in favor of the Plaintiff, Rhonda Bass, and against the following Defendants, jointly and severally: Mike Rome Holdings, LLC d/b/a MRH & Associates; Mike Rome (an individual); Pickett & Rome, LLC; Pickett & Rome, LLC d/b/a MRH & Associates; Benson, Pickett, Lauricella & Rome, LLC; and Benson, Pickett, Lauricella & Rome, LLC d/b/a MRH & Associates.

**DONE** and **ORDERED** this 14th day of November, 2017.

**VIRGINIA EMERSON HOPKINS**
United States District Judge